IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| vs. | * | No. 4:04CR00066 SWW |
| | * | |
| JOE LEWIS KELLY, JR. | * | |

**Order**

Before the Court is defendant's motion for a certificate of appealability. Upon review of the motion, the Court finds it should be denied.

A petitioner has no automatic right to appeal a district court's denial or dismissal of his petition pursuant to 28 U.S.C. § 2255. *See* 28 U.S.C. § 2253(c)(1)(B). Instead, the petitioner must first seek and obtain a certificate of appealability ("COA"). *Id.* A COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). "A petitioner satisfies this standard by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell,* 537 U.S. 322, 327 (2003).

The Court finds petitioner has failed to make such a showing. Accordingly, the motion [docket entry 69] is denied.

DATED this 1st day of March, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE