*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*WESTERN DIVISION*

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                                          NO. 4:04CR00066-001  SWW

JOE LEWIS KELLY, JR.                                                        DEFENDANT

## ORDER

Pending before the Court is defendant's motion for early termination of supervised release previously imposed.  The U. S. Probation Office has advised the Court that the defendant has not demonstrated overall progress in meeting supervision objectives.  The defendant tested positive for phencyclidine on November 14, 2014 and June 9, 2015.  Furthermore, the defendant is not eligible for early termination based on the criteria listed in the Supervision Monograph 109 and presents identified risks to the public or victims.  Mr. Kelly was convicted of Murder in 1983, Battery in 1997, Possession of a firearm by certain person in 1998 and Terroristic Act in 2003.   For these reasons, the government has filed  a response objecting to the early termination of supervised release.   The Court has considered the defendant's motion, government's response, and the information provided by the  U.S. Probation Officer and finds that defendant's motion should be denied at this time.

IT IS THEREFORE ORDERED that defendant's motion for early termination of supervised release [doc #82]  previously imposed be, and it is hereby, ***DENIED***.

Dated this 15th day of August 2016.

/s/Susan Webber Wright
United States District Judge